UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2007 MAR 21 PM 12:18

CLERK US DIST... COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY ___RM___ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>      vs.<br><br>ROGELIO DELGADO-FURET (1)<br>MANUEL DANNY GUERRERO (2),<br><br>               Defendant. | CASE NO. 07CR0468-GT<br><br>JUDGMENT OF DISMISSAL |

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X**    an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___    the Court has dismissed the case for unnecessary delay; or

___    the Court has granted the motion of the Government for dismissal; or

___    the Court has granted the motion of the defendant for a judgment of acquittal; or

___    a jury has been waived, and the Court has found the defendant not guilty; or

___    the jury has returned its verdict, finding the defendant not guilty;

**X**    of the offense(s) of: <u>21:952 and 960 and 18:2 - Importation of Methamphetamine and Aiding and Abetting.</u>

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 3/21/07

_____
GORDON THOMPSON, JR.
UNITED STATES DISTRICT JUDGE